IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RONNIE BISHOP and
BISHOP'S BBQ GRILL, LLC                                               PLAINTIFFS

v.                                             CIVIL ACTION NO. 1:17-cv-00049-GHD-DAS

UNIFIRST CORPORATION                                                  DEFENDANT

### ORDER SETTING DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

Per the Court's telephone conference with the parties today concerning the motion for preliminary injunction [10] and upcoming hearing, the Court hereby ORDERS that Defendant must file any response to Plaintiffs' motion for preliminary injunction [10] on or before Wednesday, May 10, 2017.

SO ORDERED, this, the 3 day of May, 2017.

_____
SENIOR U.S. DISTRICT JUDGE