IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


RONNIE BISHOP, *et al.*                                                Plaintiffs

v.                                              CIVIL ACTION NO. 1:17cv49-GHD-DAS

UNIFIRST CORPORATION                                                   Defendant


ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of

being settled.   Therefore, it is not necessary that the action remain upon the calendar of the court.  It is

ORDERED that the action is DISMISSED without prejudice.  The court retains complete jurisdiction

to vacate this order and to reopen the action upon cause shown that settlement has not been completed

and further litigation is necessary.

The parties shall submit a final order of dismissal on or before Monday, June 26, 2017.

This 31st day of May, 2017.

Senior United States District Judge