IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RONNIE BISHOP and                                                    PLAINTIFFS
BISHOP'S BBQ GRILL, LLC

v.                                        CIVIL ACTION NO. 1:17-cv-00049-GHD-DAS

UNIFIRST CORPORATION                                                 DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came on for hearing on May 31, 2017, at which time Ronnie Bishop and Bishop's BBQ Grill, LLC (collectively, "Plaintiffs") and UniFirst Corporation ("Defendant") (collectively, "Parties"), announced settlement according to certain terms and conditions agreed to by them. Having heard the terms of settlement recited into the record, and having been advised that the Parties have executed a written settlement agreement in accordance with their intentions and representations to the Court, the Court finds that this matter should be DISMISSED WITH PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that this matter is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the settlement reached by and between the parties.

SO ORDERED AND ADJUDGED, this the 11th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Prepared and Presented By:

/s/ Chad J. Hammons
Chad J. Hammons, MS Bar No. 10419
JONES WALKER LLP
190 East Capitol Street, Suite 800 (39201)
P.O. Box 427
Jackson, MS 39205-0427
Telephone: (601) 949-4900
Telecopy: (601) 949-4804
chammons@joneswalker.com
*Attorney for UniFirst Corporation*


Agreed to and Approved:

/s/ Michael D. Tapscott
Michael D. Tapscott, Esq.
Hillen, Wicker & Tapscott, P.A.
322 West Jefferson Street
P.O. Drawer 409
Tupelo, MS 38802
*Attorney for Ronnie Bishop and Bishop's BBQ Grill, LLC*